# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>　　Plaintiff<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>　　Defendants | Case No.: 2:21-cv-00351-APG-DJA<br><br>**Order Denying Motions Without Prejudice**<br><br>[ECF Nos. 7, 8] |

The parties stipulated to stay this case pending a ruling in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC). It is unclear when the decision in that case will be handed down.

I THEREFORE ORDER that the plaintiff's motions to remand and for attorney's fees **(ECF Nos. 7, 8) are DENIED without prejudice to refile them after the stay is lifted**.

DATED this 16th day of July, 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE