WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOES I through X; and ROES XI through XX, <br><br> Defendants. | Case No.: 2:21-cv-00351-APG-DJA <br><br> **STIPULATION AND ORDER TO CONTINUE STAY OF CASE** |

Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates ("Plaintiff") and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and Chicago Title Agency of Nevada ("Defendants", and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

/ / /

1    This matter involves a title insurance coverage dispute wherein Plaintiff contends, and
2 Defendants disputes, that the title insurance claim involving an HOA assessment lien and
3 subsequent sale was covered by the subject policy of title insurance. There are now currently
4 pending in the United States District Court for the District of Nevada and Nevada state courts
5 more than one-hundred actions between national banks, on the one hand, and title insurers, on the
6 other hand. In virtually all of these actions, the title insurer underwrote an ALTA 1992 or ALTA
7 2006 loan policy of title insurance with form 1 coverage, along with the CLTA 100/ALTA 9
8 and/or CLTA 115.2/ALTA 5 Endorsements.

9    The Nevada Supreme Court recently heard oral argument on April 11, 2023 in two appeals
10 involving similar coverage issues, *PennyMac Corp. v. Westcor Land Title Ins. Co.*, Nevada
11 Supreme Court Case No. 83737 (District Court Case No. A-18-781257-C) ("*PennyMac*") and
12 *Deutsche Bank Nat'l Trust Co. v. Fidelity Nat'l Title Ins. Co.*, Nevada Supreme Court Case No.
13 84161 (District Court Case No. A-20-820307-C) ("*Deutsche Bank*"). The matters have been
14 taken under submission and orders remain pending. The Parties anticipate that the Nevada
15 Supreme Court's decisions in the foregoing appeals may touch upon issues regarding the
16 interpretation of policy and claims handling, that could potentially affect the disposition of the
17 instant action.

18    Accordingly, the Parties believe an additional stay of sixty (60) days in the instant action
19 will best serve the interests of judicial economy. The Parties request that the action be stayed for
20 an additional sixty (60) days, through and including, September 25, 2023. The Parties are to
21 submit a Joint Status Report on or before September 22, 2023. The Parties further agree that this
22 stipulation and stay of this case is entered based on the specific circumstances surrounding this
23 particular case, and that this stipulation shall not be viewed as a reason for granting a stay in any
24 other pending matter.

25 / / /
26 / / /
27 / / /
28 / / /

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy and in efforts to preserve the Parties' resources, the Parties request that this action be **STAYED FOR AN ADDITIONAL SIXTY (60) DAYS**, through and including, September 25, 2023.
2. All deadlines currently set in this case shall remain **VACATED**.
3. The Parties are to submit a Joint Status Report on or before September 22, 2023.
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.
5. Notwithstanding this Stipulation, the Parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.

**IT IS SO STIPULATED.**

DATED this 21st day of July, 2023.   DATED this 21st day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*   */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117   Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*   *Attorney for Defendants Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Chicago Title Agency of Nevada*

**IT IS SO ORDERED.**

Dated this  24th  day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE