WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC7, MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; CHICAGO TITLE AGENCY OF NEVADA; DOES I through X; and ROES XI through XX,<br><br>Defendants. | Case No.: 2:21-cv-00351-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

   PLEASE TAKE NOTICE that Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company and Chicago Title Agency of Nevada (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 21st day of December, 2023.   DATED this 21st day of December, 2023.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN KARGHER LLP

/s/ Lindsay D. Dragon   /s/ Kevin S. Sinclair
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117   Sherman Oaks, California 91403
*Attorney for Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC7, Mortgage Pass-Through Certificates*   *Attorney for Defendants Fidelity National Title Group, Inc.; Chicago Title Insurance Company; and Chicago Title Agency of Nevada*

IT IS SO ORDERED:

Dated: December 27, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE